OCW1681(w)18&19

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JUN 16  P 5: 01

KEITH RUSSELL JUDD                :
                                  :            U.S. DISTRICT COURT
                                  :   PRISONER   HARTFORD, CT.
        v.                        :   Case No.  3:00CV1681(AWT)
                                  :
UNITES STATES OF AMERICA, et al.:


## RULING AND ORDER

On December 7, 2000, the court dismissed this case without prejudice because the plaintiff failed to correct deficiencies in his complaint within the time limit prescribed by the court. (See Doc. #6.)  On September 26, 2001, the court denied the plaintiff's motion for relief from judgment because he had not corrected the deficiencies in his complaint.  On December 10, 2001, the Court of Appeals for the Second Circuit denied the plaintiff authorization to file his petition.  The plaintiff now has filed two new motions for relief from judgment.

The plaintiff's motions for relief from judgment [**docs. ## 18, 19**] are hereby **DENIED** and the court declines to issue a certificate of appealability because the plaintiff's complaint continues to be deficient.

It is so ordered.

Dated this 14th day of June 2005 at Hartford, Connecticut.


                          _____
                               Alvin W. Thompson
                          United States District Judge